# Mary B. Grossman

Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: ROBERT D. WETTENGEL
CASE NO: 05-26142-SVK

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056906 which replaces check # 1054431 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file



Mary B. Grossman, Chapter 13 Trustee  Check No. 1054431
Pay to: 00028227  HOMETOWN INC.
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-26142-SVK | 035-0 | ROBERT D. WETTENGEL | | 0.00 | 14.08 | 0.00 | 14.08 |

